IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| PARCO RENTALS, INC. | § | CASE NO. 13-60395 |
| xx-xxx0198 | § | |
| P.O. Box 8, White Oak, TX 75693 | § | CHAPTER 7 |
| | § | |
| Debtor | § | |

**TRUSTEE'S MOTION FOR AUTHORIZATION
TO PAY TEXAS FRANCHISE TAXES OF BANKRUPTCY ESTATE**

**NO HEARING WILL BE CONDUCTED ON THIS APPLICATION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE PARTY FILING THIS PLEADING WITHIN TWENTY-ONE (21) DAYS FROM DATE OF SERVICE UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH OBJECTION. IF NO OBJECTION IS TIMELY SERVED AND FILED, THIS PLEADING SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT. IF AN OBJECTION IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING. IF YOU FAIL TO APPEAR AT THE HEARING, YOUR OBJECTION MAY BE STRICKEN. THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER.**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

MICHAEL J. MCNALLY, Trustee, moves that the Court authorize the payment of income taxes incurred by the estate and would show as follows:

    1.    This Court has jurisdiction under 28 U.S.C. § 1334 and § 157.

    2.    On May 16, 2013, Debtor filed its petition under Chapter 7 and, subsequent thereto, Michael J. McNally was appointed trustee. Applicant is the duly appointed, qualified and serving chapter 7 trustee for this estate.

    3.    Trustee has a duty to pay income taxes incurred by the estate. On July 15, 2013, the Court entered an Order granting the Application to Employ Gollob, Morgan, Peddy & Co.,

CPA's as accountants for the estate.

4.   Gollob, Morgan, Peddy & Co. has prepared the 2013 Texas Franchise Tax Return for the period ending for the calendar year ending December 31, 2013 indicating taxes, including penalties and interest, are due in the amount of $8,063.00 if paid by December 15, 2013.  Trustee requests the Court authorize Trustee to pay such taxes, along with any additional related penalties and interest.

WHEREFORE, Trustee prays for an Order authorizing him to pay from funds of the estate the 2013 Texas franchise taxes owed by the Estate of Parco Rentals, Inc. in the amount of $8,063.00, along with any additional related penalties and interest, and for such other and further relief as is just.

Respectfully submitted,

McNally & Patrick L.L.P.

By: /s/ Michael J. McNally
Michael J. McNally, SBN13815700
100 E. Ferguson, Suite 400
Tyler, TX 75701
Phone:  (903) 597-6301
Fax:     (903) 597-6302

ATTORNEY FOR CHAPTER 7 TRUSTEE

**CERTIFICATE OF SERVICE**

I hereby certify that true and correct copies of the foregoing were served by either electronic means or first class mail, postage prepaid on the Debtor, Parco Rentals, Inc., PO Box 8, White Oak, TX 75693, the Debtor's attorney, Michael E. Gazette, 100 E. Ferguson, Suite 1000, Tyler, TX 75702, the U. S. Trustee, 110 N. College, Suite 300, Tyler, TX  75702, Mike Rosen, Rosen Systems Inc., 2323 Langford St., Dallas, TX 75208, and all parties on the attached mailing matrix, on November 20, 2013.

/s/ Michael J. McNally